Argued July 14, affirmed July 31, 1967

PIONEER TRUST COMPANY, *Respondent, v.*
TURNER ET AL, *Appellants.*

430 P. 2d 564

*Cecil H. Quesseth,* Salem, argued the cause and filed briefs for appellants.

*Edward L. Clark, Jr.,* Salem, argued the cause for respondent. With him on the brief were Clark & Marsh, Salem.

Before PERRY, Chief Justice, and SLOAN, GOODWIN, DENECKE and LUSK, Justices.

PER CURIAM.

In an action by a personal representative to recover money allegedly obtained from decedent by her fiance for investment in his business, the trial court found for the plaintiff, and the defendant appeals.

The question of undue influence was wholly factual, and there was evidence to support the trial court's findings. There is, therefore, no basis for an appeal.

Affirmed.